UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

**In the Matter of:**

                                 CHAPTER 13 PROCEEDINGS

**LARRY A SHUTE**                     CASE NUMBER: 05-23067
**CHANTELLE A SHUTE**        HON: DANIEL S OPPERMAN
                **Debtor(s).**
_____/

## STATEMENT REGARDING FUNDS TO BE
## DEPOSITED IN US REGISTRY

      Now Comes Thomas W McDonald, Jr. Chapter 13 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $498.00 for deposits in the U. S. Registry as evidenced by the attached Check No. 248937 made payable to U.S. Bankruptcy Court.

      The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds" from the interim distribution on May 4, 2010 on behalf of the following debtor:

    Larry A & Chantelle A Shute

    Debtor refund sent May 4, 2010 and check is not cashed.

Date: June 14, 2010                                  /s/ Thomas W McDonald
                                                              Thomas W McDonald, Jr.
                                                              Chapter 13 Trustee
                                                              3144 Davenport Ave
                                                              Saginaw Mi 48602
                                                             Telephone (989) 792-6766
                                                            ecf@mcdonald13.org